ORDER:
Motion granted.

*E. Clifton Knowles*

U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:13-00020 |
| v. | ) | |
| | ) | |
| THOMAS LEE COONS | ) | |

### GOVERNMENT'S MOTION TO FILE MATTER UNDER SEAL

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests that the above captured matter be filed under seal.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

*s/ Clay T. Lee*
Clay T. Lee
Assistant United States Attorney
110 9th Avenue, South, Suite A-961
Nashville, TN 37203-3870
Phone: (615) 736-5151