UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | NO: 3:13-00020-1 *SEALED* |
| | ) | JUDGE SHARP |
| THOMAS LEE COONS | ) | |

Pending before the Court is SEALED MOTION (Docket No. 19).

The motion is GRANTED and the sentencing scheduled for August 16, 2013, is hereby rescheduled Friday, November 15, 2013, at 2:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE