UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | NO: 3:13-00020-1 *SEALED* |
| | ) | JUDGE SHARP |
| THOMAS LEE COONS | ) | |

Pending before the Court is a SEALED MOTION (Docket No. 23).

The motion is GRANTED and the sentencing scheduled for November 15, 2013, is hereby rescheduled Friday, February 14, 2014, at 1:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE