**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **NO: 3:13-00020-1 *SEALED*** |
| | ) | **JUDGE SHARP** |
| **THOMAS LEE COONS** | ) | |

       Due to calendar conflict, the sentencing hearing scheduled for May 2, 2014, is hereby

reschedule for Monday, May 19, 2014, at 9:00 a.m.

       It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE